```
                           FILED
                   CLERK, U.S. DISTRICT COURT

                         7/22/2022

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY: ____CD____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:22-cr-00328-MCS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1708: Possession of Stolen Mail; 18 U.S.C. § 1029(a)(3): Possession of Fifteen or More Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. §§ 981(a)(1)(C), 982, 1028, 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| BRYAN SCOTT BROCK, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1708]

On or about December 17, 2021, in Los Angeles County, within the Central District of California, defendant BRYAN SCOTT BROCK unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 1,993 pieces of mail and mail matter addressed to victims R.B., A.B., J.B., M.B., S.B., and B.S., and other individuals within Los Angeles County and

elsewhere, and at that time and place, defendant BROCK knew that said mail and mail matter were stolen.

COUNT TWO

[18 U.S.C. § 1029(a)(3)]

On or about December 17, 2021, in Los Angeles County, within the Central District of California, defendant BRYAN SCOTT BROCK, knowingly and with intent to defraud, possessed at least fifteen unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, approximately 13 credit card and bank account numbers and eight social security numbers, all belonging to persons other than defendant BROCK, with said possession affecting interstate and foreign commerce.

COUNT THREE

[18 U.S.C. § 1028A(a)(1)]

On or about December 17, 2021, in Los Angeles County, within the Central District of California, defendant BRYAN SCOTT BROCK knowingly possessed, without lawful authority, means of identification that defendant BROCK knew belonged to another person, that is, the name of victims R.B. and B.S., during and in relation to the offense of Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count Two of this Indictment.

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Three of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a) All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. §§ 982 and 1028]

1.   Pursuant to Rule 32.3(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 982(a)(2) and 1028, in the event of the defendant's conviction of the offense set forth in Count Three of this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

   a.   All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense;

   b.   Any personal property used or intended to be used to commit the offense; and

   c.   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the

court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                      A TRUE BILL

                                                                      /s/
                                      Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

LYNDSI ALLSOP
Assistant United States Attorney
General Crimes Section